UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PHP AGENCY INC., | § |
| *Plaintiff,* | § § § |
| v. | §  Civil Action No. 3:21-CV-0418-X |
| JOSE MARTINEZ, et al., | § § § |
| *Defendant.* | § § § |

## ORDER

Before the Court is the parties' joint motion to dismiss this case. [Doc. 157]. The Court **GRANTS** the motion. Pursuant to the parties' request, the Court **DISMISSES WITH PREJUDICE** all claims and counterclaims between PHP Agency, Inc., Hector Del Toro, Erika Del Toro, Alejandro Aguilar, Ricardo Aguilar, Tony Rojas, Pamela Krause, Peter Krause, Kasie Cameron-Perez, Mario Perez, Eberardo Duarte, Marco Trujillo, Jose Patino, Piedad Murguia, and Jose Santiago Murguia. And the Court **DISMISSES WITHOUT PREJUDICE** all claims asserted by PHP against Jose "Tony" Martinez and Maria "Pueblys" Elizarraga.

**IT IS SO ORDERED** this 30th day of March, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE